IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | §   No. 4:21mj65 |
| | § |
| SHANLIN JIN | § |

## **<u>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>**

TO THE HONORABLE JUDGE OF SAID COURT:

The Petitioner, United States of America, by and through the Acting United States Attorney for the Eastern District of Texas, respectfully shows:

The Defendant, **Shanlin Jin**, is charged with violations of 18 U.S.C. § 2252A(a)(2)(A) (Receipt of Child Pornography) and 18 U.S.C. § 2252A(a)(5)(B) (Possession of Child Pornography).  The Defendant presently is in the custody of the Sheriff of Collin County Jail, in McKinney, Texas.  This Honorable Court has ordered the Defendant to be in the United States District Court at Sherman, Texas, on instanter for an Initial Appearance.

Petitioner respectfully requests this Honorable Court to issue a Writ of Habeas Corpus Ad Prosequendum commanding the United States Marshal, Eastern District of Texas, and the Sheriff of Collin County Jail, in McKinney, Texas, to produce the body of said **Shalin Jin, Sheriff's Office Number 379853,** before this Honorable Court at Sherman, Texas, instanter for the stated purpose and further commanding said officers to

return the Defendant to the custody of the Sheriff of Collin County Jail at the conclusion of all said proceedings, or as duly ordered by this Court.

        Respectfully submitted,

        NICHOLAS J. GANJEI
        Acting United States Attorney

        /s/
        Marisa J. Miller
        Assistant United States Attorney
        New York Bar No. 4366415
        101 East Park Boulevard, Suite 500
        Plano, Texas 75074
        (972)509-1201
        (972)509-1209 (fax)
        Marisa.Miller@usdoj.gov